EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACION DE SALAS DE VERANO | 2000 TSPR 81 |

Número: ES-2000-0001

Fecha: 09/JUNIO/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO**Error! Bookmark not defined.**

INTEGRACIÓN DE SALAS
DE VERANO

ES 2001

RESOLUCIÓN

San Juan, Puerto Rico a 9 de junio de 2000

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas Especiales de Despacho para funcionar durante el receso de verano:

Del 1ro. de julio al 15 de agosto de 2000

Hon. Francisco Rebollo López, Presidente
Hon. Miriam Naveira de Rodón
Hon. Jaime B. Fuster Berlingeri

Del 16 de agosto al 30 de septiembre de 2000

Hon. José A. Andréu García, Presidente
Hon. Federico Hernández Denton
Hon. Baltasar Corrada del Río

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo